IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY,<br><br>　　Plaintiff,<br>v.<br><br>GATES BUILDERS, INC.,<br>KENNETH J. GATES, AND<br>RESORT CONFERENCE<br>CENTRE, GULF SHORES<br>PLANTATION CONDOMINIUM<br>ASSOCIATION, INC.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.:<br>)　1:20-cv-00596-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT AND REQUEST TO CANCEL JULY 28 PRETRIAL

COME NOW the parties to this action and jointly notify the Court that all claims in the above-styled case have been resolved by mutual agreement of the parties through their respective counsel of record.

Given that this case has been resolved, the parties jointly request that the Pretrial Hearing in this matter set for July 28 be canceled.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Kori L. Clement
　　　　　　　　　　　　　　　　　　　　Kori L. Clement
　　　　　　　　　　　　　　　　　　　　Attorney for Frankenmuth Mutual
　　　　　　　　　　　　　　　　　　　　Insurance Company

OF COUNSEL
Klasing, Williamson & Burke, P.C.
1601 Providence Park
Birmingham, Alabama 35242
Telephone: (205) 980-4733
Email: clem@harelaw.com

/s/ Jonathon R. Law [by consent]
Jonathon R. Law
Attorney for Defendant Resort Conference
Centre, Gulf Shores Plantation
Condominium Association, Inc.

OF COUNSEL
Daniell, Upton, Anderson. Law & Busby, P.C.
30421 Highway 181
Daphne, Alabama 36527

/s/ Thomas A. Hughes, Jr [by consent]
Thomas A. Hughes, Jr.
Attorney for Defendants Gates Builders, Inc.
and Kenneth J. Gates

OF COUNSEL
The Powell Law Firm, P.C.
Post Office Box 4227
Gulf Shores, Alabama 36547