IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANKENMUTH MUTUAL INSURANCE COMPANY** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 20-00596-KD-N |
| **GATES BUILDERS, INC.; KENNETH J. GATES; and RESORT CONFERENCE CENTRE, GULF SHORES PLANTATION CONDOMINIUM ASSOCIATION, INC.** | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## Order

This matter is before the Court on the parties' Notice of Settlement, wherein Plaintiff Frankenmuth Mutual Insurance Company and Defendants Gates Builders Inc., Kenneth J. Gates, and Resort Conference Centre, Gulf Shores Planation Condominium Association, Inc. notify the Court that they have reached a settlement in this case. (Doc. 65).

As such, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **thirty (30) days** of the date of this Order should the settlement agreement not be consummated. Each party shall bear its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **27th** day of **June 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**